UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TILE CONCEPTS, INC., *et al.*,<br><br>Defendants. | 2:11-CV-01976-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff's fully briefed Motion to Dismiss Counterclaims of Tile Concepts, Motion to Strike Affirmative Defenses of Defendants and Memorandum of Points and Authorities in Support of Motion to Dismiss and Motion to Strike (Docs. #21 & #22), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss Counterclaims of Tile Concepts, Motion to Strike Affirmative Defenses of Defendants and Memorandum of Points and Authorities in Support of Motion to Dismiss and Motion to Strike (Docs. #21 & #22) are **DENIED**.

DATED: September 4, 2012.

_____
PHILIP M. PRO
United States District Judge