UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TRUSTEES OF THE BRICKLAYERS ) 
& ALLIED CRAFTWORKERS LOCAL 13 )
DEFINED CONTRIBUTION PENSION TRUST )
FOR SOUTHERN NEVADA; *et al.*, )
                                 Plaintiff, )  2:11-cv-1976-PMP-RJJ

vs. )

TILE CONCEPTS, INC., etc., *et al.*, )  **ORDER**
                                 Defendant. )

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on JANUARY 31, 2013.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this   26th   day of November, 2012.

                                                                       _____
                                                                       ROBERT J. JOHNSTON
                                                                       United States Magistrate Judge