**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail:     murban@theurbanlawfirm.com
            nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>TILE CONCEPTS, INC., a Nevada corporation; CARLOS ANDRES CORZO, an individual; MICHAEL R. TRIMBLE, an individual,<br><br>Defendants. | CASE NO: 2:11-cv-01976-PMP-NJK<br><br>**JUDGMENT** |

/ / /

/ / /

/ / /

Pursuant to the written Stipulation of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, shall recover from Defendants, TILE CONCEPTS, INC., a Nevada corporation; MICHAEL R. TRIMBLE, individually; and CARLOS ANDRES CORZO, individually, jointly and severally, the principal amount of $69,596.24, plus interest thereon from May 9, 2013. Any payments made on or after May 9, 2013 by any Defendant with respect to the claims in this suit shall be credited toward satisfaction of the judgment.

**IT IS SO ORDERED**

DATED: 12/3/14

UNITED STATES DISTRICT JUDGE

The Urban Law Firm
1270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103